658 A.2d 296

IN THE MATTER OF ROBERT M. CHRISTIE,
AN ATTORNEY AT LAW.

May 26, 1995.

## ORDER

The Office of Attorney Ethics having reported to the Court on the failure of **ROBERT M. CHRISTIE** of **EAST ORANGE** to comply with the Order of the Court entered in this matter on March 21, 1995, and good cause appearing;

It is ORDERED that **ROBERT M. CHRISTIE** is temporarily suspended from the practice of law, effective immediately and until further Order of the Court; and it is further

ORDERED that **ROBERT M. CHRISTIE** pay a sanction in the amount of $1,000 to the Disciplinary Oversight Committee within fourteen days of the filing date of this Order; and it is further

ORDERED that **ROBERT M. CHRISTIE** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorneys.